# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2009

139413

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellee,

v

LEDELL MARVIN MUSHATT,
           Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139413
COA: 283954
Ingham CC: 07-000500-FH

On order of the Court, the application for leave to appeal the June 23, 2009 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). At oral argument, the parties shall address whether offense variable 3 was scored in accordance with *People v McGraw*, 484 Mich 120 (2009). The parties may file supplemental briefs limited to this issue within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 11, 2009

_____
Clerk